**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2102**

CHASE CARMEN HUNTER,

                    Petitioner – Appellant,

          v.

AL REDMER, individually and in his official capacity as
Commissioner of insurance for Maryland; MARYLAND INSURANCE
ADMINISTRATION,

                    Respondents - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    James K. Bredar, District Judge.
(1:15-cv-02047-JKB)

Submitted:  December 17, 2015      Decided:  December 21, 2015

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed in part, affirmed in part by unpublished per curiam
opinion.

Chase Carmen Hunter, Appellant Pro Se. John Van Lear Dorsey,
Assistant Attorney General, Brandy Jessica Gray, OFFICE OF THE
ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chase Carmen Hunter appeals the district court's orders denying her requests for a temporary restraining order and preliminary injunction. To the extent she seeks to appeal the denial of her request for a temporary restraining order, we are without jurisdiction to consider her appeal. See Virginia v. Tenneco, Inc., 538 F.2d 1026, 1029-30 (4th Cir. 1976).

We do possess jurisdiction to review, for abuse of discretion, the district court's denial of her request for a preliminary injunction. 28 U.S.C. § 1292(a)(1) (2012); League of Women Voters of N.C. v. North Carolina, 769 F.3d 229, 250 (4th Cir. 2014). We have reviewed the record and find no reversible error. We thus affirm for the reasons stated by the district court. See Hunter v. Redmer, No. 1:15-cv-02047-JKB (E.D. Va. Sept. 4, 2015).

Accordingly, we dismiss the appeal in part and affirm in part. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED IN PART,
AFFIRMED IN PART

2